UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS WINCHESTER,<br><br>　　　Plaintiff,<br><br>v.<br><br>SOUTHWEST MICHIGAN ASSET MANAGEMENT, LLC,<br><br>　　　Defendant. | Case No. 1:24-cv-00265-HYJ-PJG<br><br>Hon. Hala Y. Jarbou |

## **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Marcus Winchester, through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendant Southwest Michigan Asset Management, LLC

.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  April 4, 2024　　　　　　　　　*John P. Smith*　　　　　
　　　　　　　　　　　　　　　　　　　　John P. Smith (P71368)
　　　　　　　　　　　　　　　　　　　　Legal Aid of Western Michigan
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　25 Division Ave. S, Suite 300
　　　　　　　　　　　　　　　　　　　　Grand Rapids, MI 49503
　　　　　　　　　　　　　　　　　　　　(616) 608-8047